RECEIVED
IN MONROE, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| WILHENS NELSON | * | CIVIL ACTION NO. 05-2079 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED to the extent that the petitioner seeks release from detention under *Zadvydas v. Davis*, that his Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is **DENIED, and this matter Dismissed Without Prejudice as Premature** without prejudice to Petitioner's right to file another habeas action once the presumptively reasonable period of detention expires on June 6, 2006.

It is further ORDERED, ADJUDGED, AND DECREED, **to the extent petitioner seeks review of the ruling on his status or of the removal order itself, that his petition is Dismissed Without Prejudice for Lack of Subject-matter Jurisdiction.**

THUS DONE AND SIGNED this 23 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION